IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TCYK, LLC,

        Plaintiff,

    vs.                            Civil Action 2:13-cv-534
                                         Judge Marbley
                                         Magistrate Judge King

JOHN DOES 1-10,

        Defendants.


<u>ORDER</u>

On January 27, 2015, the United States Magistrate Judge recommended that plaintiff's motion for default judgment as against defendant Jonathan Elliott, ECF 27, be granted in part and denied in part. *Report and Recommendation*, ECF 40. Although the parties were advised of their right to object to the recommendation and of the consequence of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 40, is **ADOPTED AND AFFIRMED**. *Plaintiff's Motion for Default Judgment against Defendant Jonathan Elliott,* ECF 27, is **GRANTED in part and DENIED in part**.

Defendant Jonathan Elliott  is **PERMANENTLY ENJOINED** from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission.

Defendant Jonathan Elliott is **ORDERED** to destroy all copies of plaintiff's motion picture *The Company You Keep* that defendant Jonathan Elliott has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Jonathan Elliott's possession, custody, or control.

Plaintiff is **AWARDED** statutory damages as against defendant Jonathan Elliott in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,900.00.

This *Order* resolves all remaining claims in this action. *See Order*, ECF 34; *Notice,* ECF 36, *Status Report*, ECF 38.

The Clerk is therefore **DIRECTED** to enter **FINAL JUDGMENT** in this case.

s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge

2